## DOLL v. HARLOW.

*Damages — measure of upon seizure by marshal in bankruptcy proceedings.*

Where a United States marshal took plaintiff's property from plaintiff's possession, claiming it to belong to the estate of a bankrupt, and the property was subsequently sold by order of the Bankruptcy Court, *held,* in an action against the marshal, that the measure of damages was the true value of the property, not the amount for which the property was sold, within section 25 of the bankrupt law.

APPEAL by defendant from a judgment in favor of plaintiff upon a trial before the court.

The action was brought by Nicholas Doll against Samuel R. Harlow to recover for the alleged wrongful conversion of plaintiff's property seized by defendant as United States marshal for the eastern district of New York in bankruptcy proceedings against one George Merkle.

*Tracy, Catlin & Brodhead,* for appellant.

*Edward Van Ness,* for respondent.

BARNARD, P. J.

Only the question of measure of damages was involved in the appeal. The conclusion arrived at fully appears in the head-note.

*Judgment affirmed.*